*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 22-BG-628**

IN RE DAVID PATRICK KARDIAN

**DDN2020-D122**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 1045729**

BEFORE: Deahl and AliKhan, Associate Judges, and Washington, Senior Judge.

## O R D E R
(FILED— November 10, 2022)

On consideration of the certified order from the state of Maryland disbarring respondent from the practice of law; this court's August 23, 2022, order suspending respondent pending disposition of this matter and directing him to show cause why reciprocal discipline should not be imposed; respondent's D.C. Bar R. XI, § 14(g) affidavit filed on October 18, 2022; Disciplinary Counsel's motion to late file the lodged statement regarding reciprocal discipline; and it appearing that respondent has not filed a response, it is

ORDERED that Disciplinary Counsel's motion for leave to late file the statement regarding reciprocal discipline is granted and the lodged statement is filed. It is

FURTHER ORDERED that David Patrick Kardian is hereby disbarred from the practice of law in the District of Columbia, nunc pro tunc to October 18, 2022. In addition to the other requirements for reinstatement, Mr. Kardian must be reinstated by the state of Maryland prior to filing a petition for reinstatement in this jurisdiction. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (explaining that a rebuttable presumption of identical reciprocal discipline applies unless one of the exceptions is established); *see also In re Hoffman*, 267 A.3d

1016 (D.C. 2022) (conditioning eligibility to seek reinstatement on readmission in original disciplining jurisdiction).

**PER CURIAM**